IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Kailia Ford, | ) |
|        Plaintiff, | ) |
| vs. | ) Civil Action No.: 4:09-cv-292-TLW-SVH |
| Smithway Motor Xpress, Inc. and Leonard Nelson, | ) |
|        Defendants. | ) |

# ORDER

Plaintiff Kailia Ford, ("plaintiff") commenced this action in the Court of Common Pleas in South Carolina. Subsequently, this case was removed on the assertion of diversity jurisdiction pursuant to 28 U.S.C. § 1332.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva H. Hodges, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the plaintiff's motion to remand be granted. (doc. # 41). Objections to the Report were due by September 13, 2010. No objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 41). Therefore, plaintiff's motion to remand is **GRANTED**. (Doc. # 39). Accordingly the pending motion to compel is deemed **MOOT**. (Doc. # 32).

**IT IS SO ORDERED.**

    s/Terry L. Wooten
United States District Judge

September 30, 2010
Florence, South Carolina